JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| SUSAN ELLIS,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 2:23-cv-02276 AB (Ex)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Andre Birotte Jr.<br><br>Complaint Filed: March 28, 2023 |

Based upon the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 2:23-cv-02276 AB (Ex), is **DISMISSED** in its entirety as to all defendants **with prejudice**. All dates set in this matter are hereby vacated and taken off calendar.

Each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 1, 2023

Hon. Andre Birotte Jr.
United States District Judge

180576.1